IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| RONALD R. HELLBUSCH, ) | CASE NUMBER 8:08-CV-00356 |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | **ORDER OF DISMISSAL** |
| ) | **WITH PREJUDICE** |
| UNION PACIFIC RAILROAD ) | |
| COMPANY, A Delaware Corporation, ) | |
| ) | |
| Defendant. ) | |

This matter is before the Court on the Stipulation of the parties that the above-captioned action be dismissed, with prejudice, with each party to pay their own costs and with complete record waived. The Court, being fully advised in the premises, finds that such an Order should be entered. Accordingly,

IT IS ORDERED that this action is dismissed, with prejudice, with each party to pay their own costs and with complete record waived.

DATED THIS 1st day of September, 2009.

BY THE COURT:


**s/ Joseph F. Bataillon**
Chief District Judge